IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ALAINA LEE**  PLAINTIFF

v.  No. 4:11-cv-739-DPM

**STATE FARM MUTUAL AUTOMOBILE
INSURANCE CO.; STATE FARM LIFE
INSURANCE CO.; STATE FARM FIRE &
CASUALTY CO.; STATE FARM GENERAL
INSURANCE CO.; and ERIC ANDREWS**  DEFENDANTS

**JUDGMENT**

Pursuant to the parties' stipulation, Lee's complaint is dismissed with prejudice. Each party will bear its own fees and costs.

*[signature]*
D.P. Marshall Jr.
United States District Judge

22 May 2013